IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BONNIE BROWN                                                           PLAINTIFF

v.                                3:06CV00013 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 26th day of March, 2007.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE